IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FLEET TRUCK SALES, INC.,**            ) | |
| )                                                            | Case No. 8:16CV366 |
| Plaintiff,    ) | |
| ) | |
| vs.                                   ) | |
| ) | **ORDER EXTENDING** |
| **QUALITY COMPANIES, LLC,**        ) | **PROGRESSION ORDER DEADLINES** |
| **QUALITY EQUIPMENT LEASING, LLC** ) | |
| **d/b/a QUALITY EQUIPMENT SALES,**    ) | |
| **and CELADON GROUP, INC.,**         ) | |
| ) | |
| Defendants.    ) | |

This case is before the court on the Joint Motion for Amendment to Progression Order (#59). After review, the court finds the motion should be granted.

**IT IS ORDERED:**

1. **Motions for Summary Judgment.** Motions for summary judgment shall be filed not later than **July 31, 2017.**

2. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **July 14, 2017.**

3. **Disclosure of Expert Witnesses.** The deadline for defendants' disclosure regarding expert witnesses is extended to **May 26, 2017.** Plaintiff's deadline for rebuttal experts is extended to **June 16, 2017.**

4. All other deadlines set in the court's Order (#41) shall remain as scheduled.

Dated this 3rd day of March 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge