IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLEET TRUCK SALES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CELADON GROUP, INC., QUALITY COMPANIES, LLC, and QUALITY EQUIPMENT LEASING, LLC d/b/a QUALITY EQUIPMENT SALES, <br><br> Defendants. | 8:16CV366 <br><br> ORDER |

This matter is before the Court on the parties' "Joint Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment and Partial Summary Judgment and to Stay Progression Order" (Filing No. 74). The parties agree that additional discovery may be needed to fully respond to the pending summary judgment motion. The parties further believe that the Court's ruling on summary judgment may substantially narrow the issues for trial and potentially limit their additional discovery and trial preparation. Therefore, the parties jointly request extensions of the deadlines to respond and reply to the pending summary judgment motion, as well as a stay of the deadlines in the Order Amending Schedule for Progression of Case (Filing No. 65), pending the Court's ruling on summary judgment. In consideration of the above, and for good cause shown, the Court finds the Motion should be granted. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment and Partial Summary Judgment and to Stay Progression Order (Filing No. 74) is granted;

2. Plaintiff's Response to Defendants' Motion for Summary Judgment and Partial Summary Judgment (Filing No. 67) shall be filed on or before **September 29, 2017**;

3. Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment and Partial Summary Judgment (Filing No. 67) shall be filed on or before **October 13, 2017**;

4. The Final Pretrial Conference set for March 19, 2018, and Trial set to commence the week of April 17, 2018, are canceled, and will be re-set, if necessary, by further order of the Court;

5. All other remaining deadlines set forth in the Order Amending Schedule for Progression of Case ([Filing No. 65](#)), shall be stayed until further order of the Court; and

6. Within fourteen (14) days of the Court's ruling on the Motion for Summary Judgment and Partial Summary Judgment ([Filing No. 67](#)), the parties shall meet and confer to discuss whether mediation is appropriate. If the parties determine mediation is not appropriate, the parties shall jointly submit to the undersigned magistrate judge a proposed amended progression order.

Dated this 12th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge