IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FLEET TRUCK SALES, INC.,

        Plaintiff,

vs.

CELADON GROUP, INC., and QUALITY COMPANIES, LLC,

        Defendants.

8:16CV366

**ORDER**

This matter is before the Court on the Joint Motion to Extend Briefing Deadline and Move Trial Date (Filing No. 116). Upon review of the motion, and for good cause shown,

**IT IS ORDERED:**

1. The Joint Motion to Extend Briefing Deadline and Move Trial Date (Filing No. 116) is granted;

2. Plaintiff shall have an extension of time to **August 10, 2018**, to file a response to the Defendant Celadon Group, Inc.'s Renewed Motion for Summary Judgment (Filing No. 113). Celedon Group may file a reply seven days thereafter.

3. **Pretrial Disclosures.** Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall serve opposing counsel and file a redacted version as applicable with the following information regarding the evidence it may present at trial other than solely for impeachment purposes as soon as practicable but not later than the date specified:

    a. **Nonexpert Witnesses - On or before November 13, 2018:** The name, address and telephone number[1] of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

    b. **Deposition Testimony and Discovery** - The designation of discovery testimony and discovery responses intended to be utilized at trial is not required at this time.

---

[1] In accordance with the E-Government Act, counsel shall, on witness lists, exhibits, and other disclosures and/or *documents filed with the Court*, redact Social Security numbers, home addresses, telephone numbers, and other personally identifying information of witnesses, but shall serve an unredacted version on opposing parties. *See* NECivR 5.3.

c. **Trial Exhibits - On or before November 13, 2018:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

d. **Waiver of Objections.** Any and all objections to the use of the witnesses, deposition testimony, discovery responses, or exhibits disclosed pursuant to the above subparagraphs, including any objection pursuant to [Fed. R. Civ. P. 32(a)](Fed. R. Civ. P. 32(a)) that a deponent is available to testify at the trial, shall be made a part of the pretrial order. Failure to list objections (except those under [Fed. R. Evid. 402](Fed. R. Evid. 402) and 403) is a waiver of such objections, unless excused by the Court for good cause shown.

6. Any non-*Daubert* motions in limine shall be filed on or before **November 19, 2018**.

7. The **Final Pretrial Conference** with the undersigned magistrate judge is rescheduled for **November 26, 2018, at 11:00 a.m.,** in my chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

8. **The three day jury trial** is rescheduled to commence, at the Court's call, during the week of **December 11, 2018,** in **Omaha**, Nebraska, before the **Honorable Laurie Smith Camp**, Chief United States District Judge.

Dated this 20th day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge